**U. S. DISTRICT COURT**
**Eastern District of Louisiana**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA FILED    JAN - 9 2008
SOUTHERN DIVISION

**LORETTA G. WHYTE**
Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 00-33 "N" (5) |
| | ) | |
| | ) | |
| Tyrone Marks | ) | |
| | ) | |
| Defendant. | ) | |

MOTION UNDER 18 USC §3582(c)(2)
FOR MODIFICATION OF SENTENCE BY A PERSON IN FEDERAL CUSTODY


_____ **NOW COMES** the Defendant, Tyrone Marks **pro-se**, who re-
spectfully moves this Honorable Court to modify defendant's
sentence pursuant to 18 USC §3582(c)(2) and 28 USC §994(o)(u)(i).
In support thereof, Defendant shows as follows:

On October 10, 2001, pursuant to written plea
agreement, the Defendant pleaded **guilty** to
count 1, charging him with Conspiracy to possess with
intent to distribute cocaine base, also known
as "crack cocaine", in violation of USC 21
§841(a)(1), 21§ 846.

I. Defendant under retroactive guidelines of November 1, 2007
falls under **U.S.S.G. §1B1.10(g)**. The Defendant must already
be serving a sentence of imprisonment when the amendment
is implemented. Defendant is incarcerated at Federal Medical
Center, Butner N.C. To lower supervised release and base of-
fense levels for crack cocaine offenses by two points.

II. **The movant was sentenced herein on the 10th day of October,
2001, to a term of imprisonment of 151 months, and 5 years
supervised release.**


**TENDERED FOR FILING**

**JAN - 9 2008**

**U.S DISTRICT COURT**
**Eastern District of Louisiana**
**Deputy Clerk**

Fee_____
Process_____
X  Dktd_____
X  CtRmDep_____
Doc No._____

**WHEREFORE,** the Defendant asks this Honorable Court for a hearing on this said motion and that, after such hearing the sentence be modified.

Respectfully submitted,

Tyrone Marks **pro-se**
Reg. No. 27366-034
FMC Butner Unit 4 B
P.O. Box 1600
Butner, N.C. 27509

To the Honorable Court I, Tyrone Marks who on October 10, 2001 plead guilty and was sentenced to **121 months** incarceration. At the time of my sentencing, the state of Louisiana had a case pending against me. The sentence was twelve years in the state of Louisiana with no good time.

Prior to my plea and sentencing, I had been diagnosed with (non A and non B hepatitis which resulted in my having a liver transplant. Due to my health problems and concerns, my attorney Mr. Charles Carr III asked the court, and Federal Prosecutor Mr. Bill Mc Sherry to extend my federal sentence so that I could stay in the Federal Medical Facility to be treated.

On October 18, 2001 I was sentenced by the state of Louisiana to 12 years to run concurrently with my federal sentence which was increased to 151 months as per my attorney Mr. Charles Carr III, who requested of the Court and federal prosecutor for 30 months.

I was not multi-billed so I did receive good time in the state and as of April 2007 my sentence was complete. Now I am asking this Honorable Court for leniency and leeway to respectfully reduce my sentence back to its origin of 121 months.

I am incarcerated at the Federal Medical Center in Butner North Carolina. Since my liver transplant in August 1990 I have been diagnosed with B-Cell Non Hodgkin Lymphoma, cancer of the colon stage III **(see exhibit A)**. I have begun chemo-therapy in July 2007, and at this present time I am still receiving chemo-therapy. My physician Dr. Diehl decided to forego surgery due to my liver transplant, a long with my hypertension, type II diabetes and being diagnosed with renal dysfunction as a result of the medicine I have to take for my liver transplant (see exhibit B).

While my wife and my three children have been very supportive and stood by me during my incarceration. I am now a grand-father of three. Even though my health issues have been very depressing and very challenging, but I have been able to re-hibilitate my self through various institutional programs to better myself for my re-entry into society despite the severity of my health issues. **(see exhibit C)**

I only ask that this Honorable Court consider these cir-
cumstances and grant me lattitude in this matter so that I
can spend the rest of my time being a productive working class
member of society as well as being family oriented.

I believe had the Court had the discretion of **U.S. v. Booker**
and the Supreme Court ruling, recently decided two cases
**Kimbrough v. U.S. S.Ct. 2007 WL 4922040 (U.S.)** and **Gall v.
U.S. S. Ct. 2007 WL 4292116** which jointly recognize the ex-
panded freedom of the district court to fashion a reason-
able sentence and specifically establish a deferential abuse
of discretion standard of review by the appellate courts. Had
the district court in this case realized the extent of his
ability to grant a variance sentence in this case, he may well
have granted an even greater variance than he did.

Respectfully submitted,

*Tyrone Marks*

Tyrone Marks
Reg. No.27366-034
FMC P.O. Box 1600
Unit 4 B
Butner, N.C. 27509

Case 2:00-cr-00033-KDE-ALC   Document 89   Filed 01/09/2008   Page 5 of 26

DUKE UNIVERSITY HOSPITAL

FF2100
MARKS, TYRON
6/26/2007
DOB: 6/13/1960
AGE: 47
Louis F Diehl, MD

Form
M-03

## HEMATOLOGY-ONCOLOGY ASSOCIATES Daily Progress Note Inpatient

**ROOM NUMBER:**  9102
**Attending:**  Dr. Gockerman
**Rounding:**  Dr. Diehl

**Patient ID:**   Mr. Marks is a 47 year old African American male, originally from New Orleans. He has a history of working in the oil business for BP for approximately five years, in the late 80s, early 90s.  He also has a history of non A, non B hepatitis at that time. He denies any drug use, although he was a moderate user of alcohol at the time. He developed liver failure. He was told that it was due to Benzine for which he was involved in the manufacturing of for about 3 to 4 years.  He underwent a liver transplant at University Hospital in New Orleans in 1993.  He was treated with immunosuppressive agents consisting of Prednisone, Imuran and Cyclosporin A. Later, he was switched to Prograf.  From his recollection, he remembers no evidence of acute rejection and had no special treatment for such a problem. His transplant was complicated by a peptic ulcer with bleeding. They had to re operate on him to stop that bleed, that was the unusual event.  He was transfused with red cells during this time. He's been followed since that time by physicians in New Orleans, and then more recently in Mississippi.  Approximately a year and a half ago he was moved to the Butner Federal Correction Institute. He was doing well at that time. He developed increasing fatigue over the last few months without any other symptomatology. He was found to be anemic. An upper endoscopy was unremarkable, but a colonoscopy showed a mass in the terminal ileum. A biopsy showed this to be a B cell large cell lymphoma. That was reviewed here. It is not clear that EVERS was done on this by the records we have.  Because of this, he was admitted to the hospital. He had a CT scan done then which showed only the mass in the terminal ileum. There was no adenopathy in the abdomen and pelvis. A chest CT was not done. For that reason, he was admitted here 48 hours ago. At that time his serum LDH was normal. They consulted us for further evaluation. He has been screened for hepatitis C approximately a year ago. As far as we can tell, he has not had an HIV screen. He has no complaints at the current time.

The other concomitant problems are the Type 2 diabetes mellitus. He apparently has a family history of this. The second issue has been some renal dysfunction. It has been thought to be due to the use of Prograf and Cyclosporin A.

**Interval History:**  Mr. Marks underwent his CT scan this morning.  He has also had an echocardiogram and an ultrasound of the liver with results pending.  He is healing well today with no complaints of pain, nausea, vomiting, constipation or diarrhea.

**Medications:**
Insulin

Printed 06/27/2007 at 01:47:36 PM                                                     1

Form
M-03

FF2100
MARKS, TYRON
6/27/2007
DOB: 6/13/1960
AGE:  47
Louis F Diehl, MD

Mucomyst
Labetalol
Lisinopril
Nifedipine
Simethicone
Tacrolimus
Pantoprazole
MiraLax

**PE:**   T-max 37.1, BP 118/75, HR 101, R 20, pain is 0/10.  In general, he is resting comfortably in bed and eating breakfast.  He is alert and oriented in no acute distress.  Oral exam is clear.  Lungs are clear to auscultation bilaterally.  Cardiovascular exam reveals a regular rate and rhythm with no murmurs, gallops or rubs.  Abdominal exam is soft and nontender with normoactive bowel sounds.  Extremities are without edema.

**Laboratory:**   White count 7.2, hemoglobin 9.6, hematocrit 32, platelets 463, creatinine 1.4.  GI panel shows an AST of 37, ALT 48, total bilirubin 0.3, alk phos 108, albumin 3.2, total protein 6.6.

**Plan:**  Mr. Marks has completed most of his diagnostic work-up.  Because of a rise in his liver enzymes yesterday in the setting of transitioning his immunosuppression regimen, he will undergo a biopsy of his liver today by the liver transplant team.  He is tolerating his Mycophenolate without difficulty and tapering off his Prograf.  His PET scan showed disease and some abdominal lymph nodes and an echocardiogram showed a normal EF.  A liver ultrasound showed some nonspecific changes in echogenicity, but no problems with blood flow through the liver.  If he tolerates the liver biopsy well we will anticipate starting chemotherapy as early as later today.

Louis F. Diehl, MD
Clinical Professor of Medicine

LFD/mjv

Dictated on:    06/27/2007
Transcribed on: 06/27/2007

Patient: **MARKS, TYRON   FF2100**

---

**Dictated Rpt: Preliminary     06/28/2007 00:00**

**Stat Summary**

MRN:   FF2100

MARKS, TYRON
Admitted: 06/21/2007
Discharge: 06/28/2007
DOB: 06/13/1960  Age: 47
Stat Summary
Attending:   KELLY R YOUNG, NP

PRINCIPAL DIAGNOSIS:
Non-Hodgkin's lymphoma (B-cell lymphoma).

SECONDARY DIAGNOSES:
1. Non-A and non-B hepatitis.  2. Post-transplant lymphoproliferative disorder.  3.
Diabetes.  4. Peptic ulcer disease.  5. History of erosive esophagitis.  6.
Hypertension.

PROCEDURES:
1. Bone marrow biopsy and aspirate.  2. Ultrasound of the liver.  3. Whole-body PET
scan.  4. CT scan of the brain.  5. Liver biopsy.  6. Echocardiogram.  7.
Infusional chemotherapy.

HISTORY OF PRESENT ILLNESS:
Mr. Marks is a 47-year-old man with a history of post-transplant
lymphoproliferative disorder who is admitted to Duke Medical Center for  management
of progressive shortness of breath.

The patient's history dates back to the 1980s and early 1990s when he developed
non-A and non-B hepatitis.  He denied any drug use, although he was moderate user
of alcohol at that time.  He would go on to develop liver failure.  He also had
been exposed to benzine in the past during his job working in the oil business.  He
underwent a liver transplant at University Hospital in New Orleans in 1993.  He was
treated with immunosuppressive agents consisting of prednisone, Imuran, and
cyclosporine A.  He was switched to Prograf.  He remembers no evidence of acute
rejection and had no special treatment for such a problem.  His transplant was
complicated by peptic ulcer with bleeding.  This required operation to prevent
further bleeding.  He was transfused with red cells.  He has been followed at that
time by physicians in New Orleans, then he moved to Mississippi.  Approximately one
year ago he was moved to the Butner Federal Correction Institution.  He was doing
well until he developed worsening fatigue over a several months' time period.  He
was also noted to be anemic.  Upper endoscopy was unremarkable, but colonoscopy
showed a mass in the terminal ileum.  Biopsy showed this to be B-cell large cell
lymphoma.  It is not clear that EVERS was completed.  He was admitted to the
hospital.  He underwent CT scans of the abdomen and pelvis and a chest CT was not
completed.  At the time of the evaluation his serum LDH was normal.  He is now
admitted for further management.

PAST MEDICAL HISTORY:
1. Hypertension.  2. Diabetes.  3. Liver failure as per HPI.  4. Status post
OLT.  5. Erosive esophagitis.  6. Cholecystectomy.  7. Peptic ulcer disease.

**FAMILY HISTORY:**
His mother had hypertension.  His father had a history of liver disease.

**SOCIAL HISTORY:**
He is an inmate of the Federal Bureau of Correction at Butner.  No alcohol or tobacco use.

**ALLERGIES:**
No known drug allergies.

**MEDICATIONS ON ADMISSION:**
1. Tacrolimus 2 mg twice daily.  2. Procardia 90 mg each day.  3. Glyburide 5 mg daily.  4. Lisinopril 5 mg daily.  5. Labetalol 100 mg each 48 hours.  6. Prednisone 2.5 mg each day.

**REVIEW OF SYSTEMS:**
Complains of fatigue, shortness of breath, abdominal discomfort, and intermittent diarrhea.

**PHYSICAL EXAMINATION:**
Temperature 36.4, pulse 86, respirations 20, O2 saturation is 98% on room air, blood pressure is 116/72.  Mental status exam:  Alert and oriented.  Neurological exam is nonfocal.  Skin and mucosa reveals no jaundice.  No scleral icterus.  Head and neck exam:  He has flat veins.  No appreciable adenopathy.  No axillary adenopathy.  Lungs are clear.  Cardiovascular exam:  Regular rate and rhythm.  GI and abdomen exam:  Soft, nontender, nondistended with normoactive bowel sounds.  There is no appreciable hepatosplenomegaly.  He has well-healed surgical scars.  GU and rectal exam is deferred.  Extremities:  1+ edema, good pulses.

**LABORATORIES ON ADMISSION:**
Chemistry panel significant for a creatinine of 1.7, potassium 5.  Hemoglobin 10.3, hematocrit 35, white blood cell count 9.6, platelet count 501,000.

**HOSPITAL COURSE:**
Mr. Marks was admitted to Duke Medical Center for evaluation of lymphoma in the setting of a history of transplant.  He would undergo staging studies with a CT scan of the brain which revealed no acute intracranial process and a whole-body PET scan would reveal extensive cecal soft tissue mass with intense FDG activity consistent with known cecal lymphoma.  He had multiple enlarged lymph nodes in the right lower quadrant consistent with lymphomatous involvement.  Radiotracer contamination was confirmed by removing the patient's clothes on the lower extremity scan.  Ultrasound of the liver would reveal a transplanted liver minimally heterogenous, but no focal lesions were identified.  There was no intrahepatic vessel dilatation and the Doppler examination was otherwise normal.

Mr. Marks was transferred to the oncology service and would undergo bone marrow biopsy and aspirate to rule out lymphomatous involvement.  This study would reveal a normocellular marrow with 60% trilineage hematopoiesis and no evidence for lymphoma.  Following completion of staging, the patient was placed on infusional chemotherapy based on the following orders:  Height 71 inches, weight 85.8 kg for a body surface area of 2.08 sq/m.  He received cyclophosphamide 750 mg/sq m for a total of 1560 mg IV on 6/27/07.  He received vincristine 2 mg IV on 6/27/07.  He was placed on prednisone 100 mg each day for five days beginning 6/27/07.  He also received doxorubicin 50 mg/sq m for a total of 104 mg IV on 6/27/07.  Finally, he received rituximab 375 mg/sq m for a total of 800 mg IV on 6/27/07.  His antiemetic regimen included Zofran and dexamethasone.  He received Tylenol and diphenhydramine prior to rituximab.  The patient tolerated his chemotherapy well.  He had no complications related to his rituximab.

Hepatology service continued to follow Mr. Marks and recommendations included no further changes in the patient's immunosuppressive therapy for the timebeing.  He had undergone a liver biopsy and results of this procedure were pending at the time of this dictation.

Following completion of his treatment, Mr. Marks was discharged to follow up in the outpatient setting.

DISCHARGE MEDICATIONS:
1. Tacrolimus 1 mg p.o. every 12 hours.  2. Mycophenolate 5 mg each 12 hours.  3. Glyburide 5 mg daily.  4. Lisinopril 5 mg each day.  5. Labetalol 100 mg daily.  6. Prednisone 2.5 mg daily.

FOLLOWUP INSTRUCTIONS:
The patient is asked to call with any fevers, chills, nausea, vomiting, cough, shortness of breath, diarrhea, dysuria, prolonged bleeding, or any concern which may arise prior to his followup appointment in the hematology/oncology clinic.


DD:  06/28/2007
DT:  06/28/2007
MEDQ/JOB: 381908/288568355



# Certificate of Completion

Let it be known that

## Tyrone Marks

has satisfactorily completed
all required coursework for the
Drug Education Course
at the Federal Correctional Institution Yazoo City, MS.
Awarded on this the 4th day of March, 2003.

L. Williams, M.S.
Drug Abuse Program Specialist

Janise A Hinson, Ph.D.
Drug Abuse Program Coordinator

# CERTIFICATE OF COMPLETION

Let it be known that

*Tyrone Marlis*

has satisfactorily completed all required coursework for the

**ADDICTIONS AND RELATIONSHIPS SUPPORT GROUP**

at the Federal Correctional Institution at Yazoo City, MS
Awarded on this the 14th day of January, 2004.

_____
L. Williams, M.S.
Drug Abuse Program Specialist

_____
Janise A. Hinson, Ph.D.
Drug Abuse Program Coordinator

# Certificate of Completion

Let it be known that

## Tyrone Marks

has satisfactorily completed
all required coursework for the
Relapse Prevention Support Group
at the Federal Correctional Institution Yazoo City, MS.
Awarded on this the 11th day of June, 2003.



L. Williams, M.S.
Drug Abuse Program Specialist

Janise A. Hinson, Ph.D.
Drug Abuse Program Coordinator



# CERTIFICATE

## OF COMPLETION

Let it be known that

Tyrone  Marks

has satisfactorily completed

all required coursework for

the SMART Choices Group

at the Federal Correctional Institution at Yazoo City, MS

on May 7, 2003.

Janise A. Hinson, Ph.D, DAP Coordinator



# Certificate
### of
### Completion

Tyrone Marks

Reg. No. 27366-034

has successfully completed the

Stress Management Class

FCI Yazoo City

Psychology Services

January - February, 2002

Dr. J. Roth
Group Coordinator

# PARENTING PROGRAM
# PARTICIPANT

## PRESENTED TO

**Tyrone Marks**

Has Successfully Completed the Course Work for Parenting

_____
Tutor

_____
Education Specialist

_____
Supervisor of Education



# Certificate of Achievement



Awarded to

**TYRONE MARKS**          REG# 27366-034

*for superior achievement and excellence in*

**COMPLETION OF THE H.I.V. PREVENTION CLASS**

this ___4___ day of ___OCTOBER___

in the year ___2002___

Signed _____

T-2562  ©1997 TREND enterprises, Inc.  St. Paul, MN 55164  Made in U.S.A.



Certificate of Completion

Tyrone Marks
Reg. No. 27366-034

successfully completed the
Pre-Release Group 2:
Reintegration with Society
on September 26, 2002.

Dr. J. Roth
Group Leader



# Certificate
### of
### Completion

**Tyrone Marks**

Reg. No. 27366-034

successfully completed the

**Pre-Release Group**

on September 26, 2002.

Dr. J. Roth
Group Leader

EMERGENCY MANAGEMENT INSTITUTE

*Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

IS-003
**Radiological Emergency Management**

*Issued this 1st Day of March, 2003*
1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

---

EMERGENCY MANAGEMENT INSTITUTE

*Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

IS-001
**Emergency Program Manager
An Orientation to the Position**

*Issued this 26th Day of July, 2002*
1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

EMERGENCY MANAGEMENT INSTITUTE

*Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

IS-002

**Emergency Preparedness, USA**

*Issued this 18th Day of August, 2002*

1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

---

EMERGENCY MANAGEMENT INSTITUTE

*Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

IS-005

**Hazardous Materials - A Citizen's Orientation**

*Issued this 18th Day of August, 2002*

1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*



EMERGENCY MANAGEMENT INSTITUTE

*Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

IS-008

**Building for the Earthquakes of Tomorrow**

*Issued this 06th Day of September, 2002*

1.0 CEU

Stephen G. Sharro
*Director, Training Division*

EMERGENCY MANAGEMENT INSTITUTE

*Certificate of Achievement*

*This Certificate of Achievement is to acknowledge that*

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

IS-010

**Animals in Disaster: Awareness and Preparedness**

*Issued this 06th Day of September, 2002*

1.0 CEU

Stephen G. Sharro
*Director, Training Division*



# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

### This Certificate of Achievement is to acknowledge that

### TYRONE O. MARKS

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

IS-011

**Animals in Disaster Community Planning**

*Issued this 30th Day of September, 2002*

1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

### This Certificate of Achievement is to acknowledge that

### TYRONE O. MARKS

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

IS-195

**Basic Incident Command System**

*Issued this 30th Day of October, 2002*

1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*



# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

### This Certificate of Achievement is to acknowledge that

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

IS-288

**Role of Voluntary Agencies in Emergency Mgmt**

Issued this 6th Day of November, 2002

1.0 CEU

*Stephen G. Sharro*
**Stephen G. Sharro**
*Director, Training Division*

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

### This Certificate of Achievement is to acknowledge that

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

IS-279

**Retrofitting Flood Prone Residential Structures**

Issued this 21st Day of October, 2002

1.0 CEU

*Stephen G. Sharro*
**Stephen G. Sharro**
*Director, Training Division*



# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

### This Certificate of Achievement is to acknowledge that

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

IS-301

**Radiological Emergency Response**

*Issued this 8th Day of November, 2002*

1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

### This Certificate of Achievement is to acknowledge that

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development
and completion of the independent study course:

IS-346

**Hazardous Materials for Medical Personnel**

*Issued this 09th Day of December, 2002*

1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*



# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

*This Certificate of Achievement is to acknowledge that*

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

IS-393
**Introduction to Mitigation**

*Issued this 21st Day of January, 2003*
1.0 CEU

*Stephen G. Sharro*
**Stephen G. Sharro**
*Director, Training Division*

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

*This Certificate of Achievement is to acknowledge that*

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

IS-394
**Mitigation for Homeowners**

*Issued this 23rd Day of February, 2003*
1.0 CEU

*Stephen G. Sharro*
**Stephen G. Sharro**
*Director, Training Division*

