UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Respondent,<br>-vs-<br><br>TYRONE MARKS,<br>      Petitioner. | Case No. 2:00-cr-33-4<br><br>HON. KURT D. ENGELHARDT<br>UNITED STATES DISTRICT JUDGE |

### DECLARATION OF TYRONE MARKS

I, the undersigned, pursuant to Title 28, United States Code Section 1746, make the following statements:

1. I am presently incarcerated at the Federal Medical Center located in Butner, North Carolina and was so incarcerated on April 17, 2008.

2. I caused to be prepared my "Motion For Correction of Sentence Pursuant to Rule 35(a), Federal Rules of Criminal Procedure.

3. I placed the above mentioned Motion in the mail-box designated for regular mail and located in the common area of the 4th Floor for mail picked up by Bureau of Prison Staff for mailing and with sufficent first class mail prepaid, on the 17th day of April at approximately 8 P.M.

4. The mailroom was closed at the time and so "legal mail" could not be sent out but by regular mail.

I make all of the above statements under penalty of perjury. Executed this the 17th day of April, 2008.

_____
                               DECLARANT

## CERTIFICATE OF SERVICE

I, Tyrone Marks, hereby certify that a true and correct copy of the foregoing "Motion for Correction of Sentence Pursuant to Rule 35(a), Fed.R.Crim.P., was served on John F. Murphy, Assistant United States Attorney, Office of the U.S. Attorney, U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130-3339, on April 17th 2008, via the U.S. Postal Service, first class postage prepaid.

*Tyrone Marks*
Tyrone Marks
Reg. No. 27366-034
Federal Medical Center
P.O. Box 1600
Butner, NC 27509