<u>PETITIONER'S EXHIBIT C</u>

This Exhibit contains the certificates of achievement.

# Certificate of Completion

Let it be known that

## Tyrone Marks

has satisfactorily completed
all required coursework for the
Drug Education Course
at the Federal Correctional Institution Yazoo City, MS.
Awarded on this the 4th day of March, 2003.

_L. Williams_, M.S.
L. Williams, M.S.
Drug Abuse Program Specialist

_Janise A. Hinson_, Ph.D.
Janise A. Hinson, Ph.D.
Drug Abuse Program Coordinator



# CERTIFICATE OF COMPLETION

Let it be known that

*Tyrone Marks*

has satisfactorily completed all required coursework for the

**ADDICTIONS AND RELATIONSHIPS SUPPORT GROUP**

at the Federal Correctional Institution at Yazoo City, MS
Awarded on this the 14th day of January, 2004.

_L. Williams_
L. Williams, M.S.
Drug Abuse Program Specialist

_Janise A. Hinson_
Janise A. Hinson, Ph.D.
Drug Abuse Program Coordinator

# Certificate of Completion

Let it be known that

**Tyrone Marks**

has satisfactorily completed
all required coursework for the
Relapse Prevention Support Group
at the Federal Correctional Institution Yazoo City, MS.
Awarded on this the 11th day of June, 2003.

L. Williams, M.S.
Drug Abuse Program Specialist

Janise A. Hinson, Ph.D.
Drug Abuse Program Coordinator

# Certificate of Completion

Let it be known that

Tyrone Marks

has satisfactorily completed
all required coursework for

the SMART Choices Group

at the Federal Correctional Institution at Yazoo City, MS

on May 7, 2003.

Janise A. Hinson, Ph.D., DAP Coordinator

# Certificate of Completion

Tyrone Marks
Reg. No. 27366-034

has successfully completed the

**Stress Management Class**

FCI Yazoo City
Psychology Services
January - February, 2002

Dr. J. Roth
Group Co-ordinator



# PARENTING PROGRAM PARTICIPANT

PRESENTED TO

Tyrone Marks

Has Successfully Completed the Course Work for

Parenting

P. Edwards
Education Specialist

M. Hill
Supervisor of Education

# Certificate of Achievement

Awarded to

**TYRONE MARKS**    REG# 27366-034

*for superior achievement and excellence in*

**COMPLETION OF THE H.I.V. PREVENTION CLASS**

this __4__ day of __OCTOBER__

in the year __2002__

Signed _____

# Certificate of Completion

**Tyrone Marks**
Reg. No. 27366-034
successfully completed the
**Pre-Release Group**
on September 26, 2002.

_Dr. J. Roth_
Group Leader

# Certificate of Completion

Let it be known that

## Tyrone Marks

has satisfactorily completed
all required coursework for the
Smoking Cessation Support Group at the
Federal Correctional Institution Yazoo City, MS.
Awarded on this the 30th day of September, 2002.

L. Williams, M.S.
Drug Abuse Program Specialist

J. Hinson, Ph.D.
Drug Abuse Program Coordinator