# Certificate of Completion

**Tyrone Marks**
Reg. No. 27366-034

successfully completed the
Pre-Release Group 2:
Reintegration with Society
on September 26, 2002.

Dr. J. Roth
Group Leader

# CERTIFICATE OF COMPLETION

**PRESENTED TO:**

**TYRONE MARKS**

Has Successfully Completed the Course Work for Business Etiquette

_____
Supervisor of Education

_____
Tutor
P. Edward
Education Specialist

6/30/03
Date



## EMERGENCY MANAGEMENT INSTITUTE
### Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-288**
**Role of Voluntary Agencies in Emergency Mgmt**

Issued this 04th Day of November, 2002
1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

---

## EMERGENCY MANAGEMENT INSTITUTE
### Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-279**
**Retrofitting Flood Prone Residential Structures**

Issued this 21st Day of October, 2002
1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

# EMERGENCY MANAGEMENT INSTITUTE
## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-301**
**Radiological Emergency Response**

Issued this 15th Day of November, 2002
1.0 CEU

*Stephen G. Sharro*
Director, Training Division

---

# EMERGENCY MANAGEMENT INSTITUTE
## Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-346**
**Hazardous Materials for Medical Personnel**

Issued this 09th Day of December, 2002
1.0 CEU

*Stephen G. Sharro*
Director, Training Division