# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

*This Certificate of Achievement is to acknowledge that*

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-011**
**Animals in Disaster, Community Planning**

*Issued this 30th Day of September, 2002*
1.0 CEU

*Stephen G. Sharro*
Director, Training Division

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

*This Certificate of Achievement is to acknowledge that*

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-195**
**Basic Incident Command System**

*Issued this 10th Day of October, 2002*
1.0 CEU

*Stephen G. Sharro*
Director, Training Division

## EMERGENCY MANAGEMENT INSTITUTE
### Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-010**
**Animals in Disaster, Awareness and Preparedness**

Issued this 19th Day of September, 2002
1.0 CEU

*Stephen G. Sharro*
Director, Training Division

---

## EMERGENCY MANAGEMENT INSTITUTE
### Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-008**
**Building for the Earthquakes of Tomorrow**

Issued this 09th Day of September, 2002
1.0 CEU

*Stephen G. Sharro*
Director, Training Division

## EMERGENCY MANAGEMENT INSTITUTE

### Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-005**
**Hazardous Materials - A Citizen's Orientation**

Issued this 15th Day of August, 2002
1.0 CEU

*Stephen G. Sharro*
Director, Training Division

---

## EMERGENCY MANAGEMENT INSTITUTE

### Certificate of Achievement

This Certificate of Achievement is to acknowledge that

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-002**
**Emergency Preparedness, USA**

Issued this 05th Day of August, 2002
1.0 CEU

*Stephen G. Sharro*
Director, Training Division

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

*This Certificate of Achievement is to acknowledge that*

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-001
Emergency Program Manager
An Orientation to the Position**

*Issued this 26th Day of July, 2002*
1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*

---

# EMERGENCY MANAGEMENT INSTITUTE

## Certificate of Achievement

*This Certificate of Achievement is to acknowledge that*

**TYRONE O. MARKS**

Has reaffirmed a dedication to serve in times of crisis through continued professional development and completion of the independent study course:

**IS-003
Radiological Emergency Management**

*Issued this 31st Day of March, 2003*
1.0 CEU

**Stephen G. Sharro**
*Director, Training Division*



Mr. Glenn Marks #27386-034
Federal Medical Center unit H6
P.O. Box 1600
Butner, NC 27509

Clerks Office
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130